HARVEY KYE, Respondent, *v.* THOMAS E. MURRAY, JR., as Receiver of INTERBOROUGH RAPID TRANSIT COMPANY, Appellant.

Argued November 28, 1944; decided December 30, 1944.

*Ignatius M. Wilkinson, Corporation Counsel (W. Bernard Richland and Pauline K. Berger* of counsel), for appellant.

*John F. X. Finn* and *Solomon J. Cohen* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, RIPPEY, LEWIS, CONWAY and DESMOND, JJ. Taking no part: THACHER, J.